# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 4, 2019

## NO. 03-18-00743-CV

**Neurodiagnostic Consultants, LLC d/b/a Synaptic Resources of Austin, LLC, a Texas Limited Liability Company, Appellant**

**v.**

**Corey Villalobos, Appellee**

## APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on October 17, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.